UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff

v.                                        Case No. 26-30061
                                          Originating No. 22CR56

**CURTISTEENE HARRISON,**

        Defendant.
_____/

**GOVERNMENT'S PETITION
FOR TRANSFER OF DEFENDANT TO
ANOTHER DISTRICT AND SUPPORTING BRIEF**

Pursuant to Rule 5(c)(3)(D) of the Federal Rules of Criminal Procedure, the United States of America hereby petitions the Court for an order transferring defendant **CURTISTEENE HARRISON** to answer charges pending in another federal district, and states:

1. On **February 6, 2026**, the defendant was arrested in the Eastern District of Michigan in connection with a federal arrest warrant issued in the **Northern District of West Virginia based on an Indictment charging violations of 21 USC Sections 846 and 841(b)(1)(c) – Conspiracy to Possess with Intent to Distribute Methamphetamine, Fentanyl, Cocaine and Cocaine Base and 21 USC Section 856(a)(2) – Maintaining Drug-Involved Premises.**

2. Rule 5 requires this Court to determine whether the defendant is the person named in the arrest warrant, Fed. R. Crim. P. 5(c)(3)(D)(ii); whether the defendant is entitled to a preliminary hearing, Fed. R. Crim. P. 5(c)(3)(C); and whether the defendant should be detained, Fed. R. Crim. P. 5(d)(3).

WHEREFORE, the government requests this Court to conduct transfer proceedings in accordance with Rule 5 of the Federal Rules of Criminal Procedure.

        Respectfully submitted,

        JEROME F. GORGON, JR.
        United States Attorney


        *s/ Tare Wigod*
        TARE WIGOD
        Assistant U.S. Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI 48226
        (313) 226-9100

Dated: February 6, 2026